**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ASANTE S. GUILFORD, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:08-cv-0336-CC |
| MARKETSTAR CORPORATION, et al., | |
| Defendants. | |

**J U D G M E N T**

This action having come before the court, Honorable Clarence Cooper, United States District Judge, for a frivolity review and for consideration of the Magistrate Judge's Reports and Recommendations recommending that the Motions for Summary Judgment filed by Defendants Omnicom Group, Inc., Cisco Systems, Inc., Cisco Systems Sales & Services, and Cisco Systems Capital Corporation and Plaintiff's Motion to Dismiss without Prejudice be granted, and the court having dismissed the individual defendants by Order dated January 30, 2008 and adopted said Reports and Recommendations as its Orders and Opinions, it is

**Ordered and Adjudged** that the plaintiff take nothing; and the action be, and the same hereby is, **dismissed** without prejudice. Defendants Omnicom Group, Inc., Cisco Systems, Inc., Cisco Systems Sales & Services, and Cisco Systems Capital Corporation may recover from the plaintiff their costs of defending this action.

Dated at Atlanta, Georgia, this 24th day of September, 2010.

JAMES N. HATTEN
CLERK OF COURT

By:   s/ Denza F. Bankhead
         Deputy Clerk

Prepared and Filed on September 24, 2010
Entered in the Clerk's Office on September 27, 2010

James N. Hatten, Clerk of Court

By:  s/ Denza F. Bankhead
         Deputy Clerk